1  DARRELL D. DENNIS, ESQ.
   Nevada Bar No. 006618
2  JASON G. REVZIN, ESQ.
   Nevada Bar No. 008629
3  LEWIS BRISBOIS BISGAARD & SMITH LLP
4  400 South Fourth Street, Suite 500
   Las Vegas, Nevada 89101
5  Tel: (702) 893-3383
   Fax: (702) 893-3789
6  *Attorney for Defendant Trans Union LLC*

7

8                    UNITED STATES DISTRICT COURT

9                         DISTRICT OF NEVADA

10                        SOUTHERN DIVISION

11  DUANE CHRISTY,                    Case No. 2:11-cv-00312-RLH-CWH

12           Plaintiff,

13  v.                                **STIPULATION OF DISMISSAL WITH PREJUDICE**

14  VWCREDIT D/B/A VOLKSWAGON
    CREDIT, TRANSUNION, LLC; EXPERIAN
15  INFORMATION SOLUTIONS, INC; AND
    ROE CORPORATIONS 1 THROUGH 20,
16           Defendants.

17

18  TO THE HONORABLE JUDGE HUNT:

19       Plaintiff Duane Christy and Defendant Trans Union LLC file this Stipulation of

20  Dismissal with Prejudice and in support thereof would respectfully show the Court as follows:

21       There are no longer any issues in this matter between Duane Christy and Trans Union

22  LLC to be determined by this Court.  The Plaintiff hereby stipulates that all claims or causes of

23  action against Trans Union LLC which were or could have been the subject matter of this lawsuit

24  are hereby dismissed with prejudice, with court costs to be paid by the party incurring same.

25

26

27

28

                                                                                               1

Respectfully submitted,

  /s/ Armand Fried
**ARMAND FRIED**
Nevada Bar #10590
armandfried@msn.com
**LAW OFFICE OF ARMAND FRIED PLLC**
3025 W Sahara Ave, Suite 205
Las Vegas, Nevada 89102
(702) 853-1747
***Counsel for Plaintiff***


Respectfully submitted,

  /s/ Jason G. Revzin
**DARRELL D. DENNIS**
Nevada Bar No. 006618
dennis@lbbslaw.com
**JASON G. REVZIN**
Nevada Bar No. 008629
revzin@lbbslaw.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
400 South Fourth Street, Suite 500
Las Vegas, Nevada 89101
(702) 893-3383
(702) 893-3789 Fax
***Counsel for Trans Union LLC***

**IT IS SO ORDERED.**

_____
**UNITED STATES DISTRICT JUDGE**

**DATED:  September 19, 2011**

# CERTIFICATE OF SERVICE

This is to certify that on the ___ of September, 2011, I filed **STIPULATION OF DISMISSAL WITH PREJUDICE** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following counsel, and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

Armand Fried
Law Office of Armand Fried PLLC
3025 W Sahara Avenue, Suite 205
Las Vegas, NV 89102
(702) 853-1747
(702) 220-7036 Fax
*Counsel for Plaintiff*

/s/ Carrie S. Vining
**An Employee of
LEWIS BRISBOIS BISGAARD & SMITH LLP**

3

3587956.1/SP/83057/1109/091211